DUNKIN' DONUTS OF AMERICA, INC. v.
MIDDLETOWN DONUT CORP.

June 19, 1984.

Petition for certification granted.

IN THE MATTER OF DETECTIVE SEAN DOUGHERTY.

June 19, 1984.

Petition for certification denied.

ROSEANN BARBARIA v. TOWNSHIP OF SAYREVILLE AND
STATE OF NEW JERSEY, DEPARTMENT OF
TRANSPORTATION.

June 19, 1984.

The Court having advised that the parties have settled the within matter, and consideration of the merits of the determination of the Appellate Division not, therefore, being appropriate, it is ORDERED that the petition for certification is dismissed as moot.